Johnnie Mack **GRIFFIN**,
Plaintiff—Appellant,

v.

**UNITED STATES PAROLE COMMISSION**; Joseph M. Brooks, Warden, Federal Correction Institution, Petersburg, Defendants—Appellees.

No. 03–7886.

United States Court of Appeals,
Fourth Circuit.

Submitted April 15, 2004.

Decided April 22, 2004.

Johnnie Mack Griffin, Appellant pro se.

Tara Louise Casey, Robert P. McIntosh, Office of the United States Attorney, Richmond, Virginia, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Johnnie Mack Griffin, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Griffin v. United States Parole Comm'n,* No. CA–02–936 (E.D.Va. Nov. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*